UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| CHOOSECO LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 2:19-cv-00008-wks |
| | ) |
| NETFLIX, INC., | ) |
| | ) |
| Defendant. | ) |

**CHOOSECO LLC'S *CONSENTED-TO* MOTION TO AMEND THE COMPLAINT**

Plaintiff Chooseco LLC ("Chooseco"), by and through its attorneys, Dinse P.C., moves to amend the Complaint. Counsel for Defendant Netflix, Inc. has consented to Chooseco's request via e-mail. Pursuant to Fed. R. Civ. P. 15(a)(1), Chooseco may amend its pleading once as a matter of course within twenty-one days of service or within twenty-one days after an answer or Rule 12(b) motion has been filed. Chooseco previously consented to Netflix's request for an extension to file its response to the Complaint, therefore more than twenty-one days have passed but Netflix has not yet filed a responsive pleading. Amending the Complaint now will allow Netflix to respond only to the Amended Complaint rather than to the original Complaint and then the Amended Complaint. Accordingly, Chooseco requests that the Court grant its assented-to motion to file the Amended Complaint pursuant to Fed. R. Civ. P. 15(a)(2).

DATED at Burlington, Vermont this 25th day of February, 2019.

By: /s/ Shapleigh Smith, Jr.
Shapleigh Smith, Jr., Esq.
Kendall Hoechst, Esq.
Dinse P.C.
209 Battery Street, P.O. Box 988
Burlington, VT  05402
802-864-5751
ssmith@dinse.com
khoechst@dinse.com

*Counsel for Chooseco LLC*