UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

| | | |
|---|---|---|
| CHOOSECO LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 2:19-cv-00008-wks |
| | ) | |
| NETFLIX, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF CHOOSECO LLC'S *CONSENTED-TO* MOTION TO DEFER FILING A PROPOSED DISCOVERY SCHEDULE**

NOW COMES Plaintiff Chooseco LLC ("Chooseco"), by and through its attorneys, Dinse P.C., and moves to defer the filing of the proposed discovery schedule required under Local Rule 26(a)(1) until after the Court issues a decision on Defendant Netflix, Inc.'s motion to dismiss.  *See* ECF No. 18.  Submission of the proposed discovery schedule after the Court's decision will be more efficient for the parties and the Court.  If the Court grants the motion, no discovery schedule (or discovery) will be necessary.  If the Court denies the motion, in whole or in part, the decision will likely inform the scope and extent of discovery necessary to move the case forward.  For these reasons, Chooseco respectfully requests that submission of a proposed discovery schedule be deferred until 15 days after the issuance of a decision on Netflix's motion to dismiss.  Chooseco is authorized to state that Defendant Netflix, Inc. consents to this Motion.

DATED at Burlington, Vermont this 11th day of April, 2019.

                By:    /s/ Shapleigh Smith, Jr.
                      Shapleigh Smith, Jr., Esq.
                      Kendall Hoechst, Esq.
                      Dinse P.C.
                      209 Battery Street, P.O. Box 988
                      Burlington, VT  05402
                      802-864-5751
                      ssmith@dinse.com
                      khoechst@dinse.com

                      *Counsel for Chooseco LLC*