NOTICE OF HEARING

# UNITED STATES DISTRICT COURT
## FOR THE
### DISTRICT OF VERMONT

Chooseco LLC

     v.                                                    Case No. 2:19-cv-8

Netflix, Inc.


TAKE NOTICE that the above-entitled case has been scheduled  at 01:30 p.m., on Monday, December 16, 2019, in Burlington, Vermont, before Honorable William K. Sessions III, District Judge, for a hearing on the Motion to Dismiss Amended Complaint for Failure to State a Claim (Doc. 18) and the Motion for Leave to File Sur-Reply Based on New Facts re [18] MOTION to Dismiss Amended Complaint (Doc. 26).

Location: 110                                    JEFFREY S. EATON, Clerk
                                                 By: */s/ Joanne A. Muir*
                                                 Deputy Clerk
                                                 12/4/2019


TO:

Kendall A. Hoechst, Esq.
Shapleigh Smith, Jr., Esq.

Catherine I. Seibel, Esq.
Paul J. Safier, Esq.
Robert B. Hemley, Esq.
Seth D. Berlin, Esq.

Court Reporter