UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
DISTRICT OF VERMONT
FEDERAL BUILDING
BURLINGTON, VERMONT 05402-0945

JEFFREY S. EATON
CLERK

☒ P.O. BOX 945
BURLINGTON 05402-0945
(802) 951-6301

☐ P.O. BOX 607
RUTLAND 05702-0607
(802) 773-0245

February 28, 2020

Kendall A. Hoechst, Esq.
Shapleigh Smith, Jr., Esq.
Dinse, Knapp & McAndrew, P.C.
209 Battery Street
P.O. Box 988
Burlington, VT 05402-0988

Robert B. Hemley, Esq.
Gravel & Shea PC
76 St. Paul Street, 7th Floor
P.O. Box 369
Burlington, VT 05402-0369

Paul J. Safier, Esq.
Ballard Spahr, LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599

Catherine I. Seibel, Esq.
Ballard Spahr, LLP
1675 Broadway, 19th Floor
New York, NY 10019

Seth D. Berlin, Esq.
Ballard Spahr, LLP
1909 K Street, NW, 12th Floor
Washington, DC 20006-1157

Re:   *Chooseco LLC v. Netflix, Inc.*
       Docket No. 2:19-cv-8-wks

Dear Counsel:

Pursuant to Local Rule 16.1, the above-referenced case is subject to Early Neutral Evaluation (ENE). Based on relevant areas of practice and geographical proximity to the parties, provided below are potential evaluators from the Court's roster.[1]

Michael Palmer, Esq., Middlebury, Vermont
Andrew D. Manitsky, Esq., Burlington, Vermont
Thomas E. McCormick, Esq., Burlington, Vermont

The intention is that all parties strive to agree on one evaluator.[2]  If all parties are unable to agree, each "side" may strike the name of one potential evaluator pursuant to L.R. 16.1(e)(1)(C).  Parties also have the option of stipulating to an evaluator of their own choosing as set forth in L.R. 16.1(d)(4). [3]

Regardless of the method, please note that you are required to file your selection with the Court by **March 16, 2020.**

Please do not hesitate to contact me with any questions.

Sincerely,

*/s/ Emerson Howe*
Deputy Clerk
(802) 951-8113

---

[1]  A full list of the Court's ENE roster is available at http://www.vtd.uscourts.gov/early-neutral-evaluation-ene.
[2]  If selecting *any* evaluator from the full roster, use CM/ECF event *ENE Documents–Evaluator Selection Response.*
[3]  If stipulating to evaluator not on roster under L.R. 16.1(d)(4), use CM/ECF event *ENE Documents–ENE by Stipulation.*