IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

|  |  |
|---|---|
| CHOOSECO LLC, | ) |
| | ) |
| *Plaintiff/* | ) |
| *Counterdefendant*, | ) |
| | ) |
| v. | ) Civil Action No. 2:19-cv-00008-WKS |
| | ) |
| NETFLIX, INC., | ) |
| | ) |
| *Defendant/* | ) |
| *Counterclaimant*. | ) |

## STIPULATED MOTION FOR LEAVE TO WITHDRAW

Seth D. Berlin, Paul J. Safier, and Catherine I. Seibel of the law firm of Ballard Spahr LLP hereby move to withdraw as counsel to Defendant/Counterclaimant Netflix, Inc. in this matter. R. Charles Henn Jr. of the firm of Kilpatrick Townsend & Stockton LLP has entered his appearance on behalf of Netflix, Inc.   In addition, Netflix, Inc. continues to be represented in this matter by Robert B. Hemley of the law firm of Gravel & Shea, PC.   Counsel for Plaintiff/Counterdefendant Chooseco LLC have stated that they do not oppose the relief sought by this motion.

Dated:   May 8, 2020            Respectfully submitted,

*/s/Seth D. Berlin*
Seth D. Berlin (admitted *pro hac vice*)
Paul Safier (admitted *pro hac vice*)
Catherine Seibel (admitted *pro hac vice*)
BALLARD SPAHR LLP
1909 K Street, N.W., 12th Floor
Washington, DC   20006-1157
Telephone: (202) 508-1122
berlins@ballardspahr.com
safierp@ballardspahr.com
seibelc@ballardspahr.com

**APPROVED and SO ORDERED:**

U.S. District Judge

Date: