UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | | |
|---|---|---|
| Chooseco LLC, | ) | |
| | ) | CIVIL ACTION NO. 2:19-cv-00008 |
| Plaintiff | ) | |
| v. | ) | |
| | ) | |
| Netflix Inc. | ) | |
| Defendant | ) | |

EVALUATOR'S REPORT

Please select one:

_X____ First Session Report
_____ Second Session Report
_____ Third Session Report
_____ Corrected/Revised Report
_____ Supplemental Report
_____ Other

Michael J. Marks, Esquire, the Early Neutral Evaluator, reports pursuant to Local Rule 16.1 (j) on the ENE session in this matter as follows:

**(j)(1)(A):**   **Date of session:**   **Start time:**   **Finish time:**

**Via Zoom videoconference**

Oct. 15, 2020   10:00 a.m.   8:40 p.m.

**(j)(1)(B):**   **Names of attendees:**   **Role:**   **Settlement authority:**
(check only where applicable)

**Mediation was conducted by zoom videoconference**

| Name | Role | Settlement authority |
|---|---|---|
| Shannon Gilligan | Plaintiff Representative | X |
| Melissa Bounty | Plaintiff Representative | |
| Shapleigh Smith, Esq. | Counsel for Plaintiff | |
| Kendall Hoechst, Esq. | Counsel for Plaintiff | |
| Wade Gentz, Esq. | Counsel for Defendant | X |
| Charles Henn, Esq. | Counsel for Defendant | |

        Robert Hemley, Esq.        Counsel for Defendant

**(j)(1)(C):**    **Substitute arrangements regarding attendance:** N/A

**(j)(1)(D):**    **Date parties' Evaluation Statements received by Evaluator:**

    Early neutral evaluation statements were filed in a timely manner and allowed for adequate preparation by the evaluator.

**(j)(1)(E):**    **Oral presentations:** By all Parties.

**(j)(1)(F):**    **Results of session:**
**(j)(1)(F)(i):**    _X_ Full settlement

    ___ Partial settlement

    ___ No Settlement

**(j)(1)(F)(ii):**    **Stipulation to narrow the scope of dispute:**    _____N/A

**(j)(1)(F)(iii):**    **Agreement to limit discovery, facilitate future settlement, or otherwise reduce cost and delay related to trial preparation:**

    **Scheduling another ENE session:**    _____Yes _____NO

**Other comments:** (please refer to L.R. 16.1 (j)(2)):

Dated at Middlebury, Vermont on this 28th day of November, 2020.

    S/*Michael Marks*
    _____
    Michael J. Marks, Esq.
    Evaluator